Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  24−11721−CMG
    Chapter:  7
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy N Bradley
   3078 Shafto Road
   Tinton Falls, NJ 07753

Social Security No.:
   xxx−xx−1556

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

3078 Shafto Road, Tinton Falls NJ


Dated: May 8, 2024
JAN: wdr

    Jeanne Naughton
    Clerk